1  **TIMOTHY J. RYAN – SBN 99542**
   **REBEKKA R. MARTORANO – SBN 173600**
2  **THE RYAN LAW GROUP**
   2379 Gateway Oaks Drive, Ste. 100
3  Sacramento, California 95833
   Telephone: (916) 924-1912
4  Facsimile: (916) 923-3872
   tryan@ryanlg.com
5  rmartorano@ryanlg.com

6  Attorneys for Defendant
   LIBERTY INSURANCE UNDERWRITERS, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

| ROCKLIN PARK PLACE CONDOMINIUMS OWNERS ASSOCIATION, | Case No.: 2:12-CV-02247-GEB-GGH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER THEREON CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| LIBERTY INSURANCE UNDERWRITERS, INC., | |
| Defendant. | |

                        **STIPULATION AND ORDER**

WHEREAS, Plaintiff Rocklin Park Place Condominiums Owners Association ("Rocklin") has filed a Motion For Partial Summary Judgment (the "Motion") presently noticed for hearing in this Court for November 19, 2012 at 9:00 am.

WHEREAS, Rocklin and Defendant Liberty Insurance Underwriters, Inc. ("Liberty") desire that the Court continue the hearing to December 17, 2012, a date the parties are informed is available on the Court's schedule.

---

STIPULATION AND ORDER THEREON CONTINUING HEARING ON                    -1-
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

WHEREAS, Rocklin and Liberty desire that the due dates for Liberty's opposition and Rocklin's reply papers be per rule based upon the new hearing date.

WHEREAS, Rocklin and Liberty further desire that the Court continue the Status (Pretrial Scheduling) Conference currently set for December 10, 2012 at 9:00 am to a date in February 2013 convenient for the Court.

**IT IS SO STIPULATED.**

Dated:   November 2, 2012                    THE RYAN LAW GROUP

                                             By:    /s/ Timothy J. Ryan
                                                    TIMOTHY J. RYAN
                                                    Attorneys for Defendant
                                                    LIBERTY INSURANCE
                                                    UNDERWRITERS, INC.

Dated:   November 2, 2012                    HIRSCH, CLOSSON, MCMILLAN &
                                             SCHROEDER

                                             By:    /s/ Clifford Hirsch
                                                    CLIFFORD HIRSCH
                                                    Attorneys for Plaintiff
                                                    ROCKLIN PARK PLACE
                                                    CONDOMINIUMS OWNERS
                                                    ASSOCIATION

**ORDER**

Based upon the above stipulation the hearing on plaintiff's motion for partial summary judgment is continued to December 17, 2012 at 9:00 a.m.  The parties' respective opposition and reply papers shall be filed per rule based upon the new hearing date. The Status (Pretrial Scheduling) Conference currently set December 10, 2012 is continued to February 11, 2013 at 9:00 am.  A joint status report shall be filed fourteen days before the status hearing.

**Date: 11/5/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER THEREON CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** -3-