1  **TIMOTHY J. RYAN – SBN 99542**
   **REBEKKA R. MARTORANO – SBN 173600**
2  **THE RYAN LAW GROUP**
   2379 Gateway Oaks Drive, Ste. 100
3  Sacramento, California 95833
   Telephone: (916) 924-1912
4  Facsimile: (916) 923-3872
   tryan@ryanlg.com
5  rmartorano@ryanlg.com

6  Attorneys for Defendant
   LIBERTY INSURANCE UNDERWRITERS, INC.
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROCKLIN PARK PLACE CONDOMINIUMS OWNERS ASSOCIATION,** | Case No.: 2:12-CV-02247-GEB-GGH |
| Plaintiff, | **STIPULATION AND ORDER THEREON CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| **LIBERTY INSURANCE UNDERWRITERS, INC.,** | |
| Defendant. | |

**STIPULATION AND ORDER**

WHEREAS, Plaintiff Rocklin Park Place Condominiums Owners Association ("Rocklin") has filed a Motion For Partial Summary Judgment (the "Motion") presently noticed for hearing in this Court for December 17, 2012 at 9:00 am.[1]

WHEREAS, Rocklin and Defendant Liberty Insurance Underwriters, Inc. ("Liberty") desire that the Court continue the hearing to March 11, 2013, a date the parties are informed is available on the Court's schedule.

---
[1] The Motion was initially noticed for November 19, 2012 but was continued to this date pursuant to a stipulation of the parties (Docket #13).

WHEREAS, Rocklin and Liberty desire that the due dates for Liberty's opposition and Rocklin's reply papers be per rule based upon the new hearing date.

**IT IS SO STIPULATED.**

Dated:  November 29, 2012               THE RYAN LAW GROUP

By:   /s/ Timothy J. Ryan
TIMOTHY J. RYAN
Attorneys for Defendant
LIBERTY INSURANCE
UNDERWRITERS, INC.

Dated:  November 29, 2012               HIRSCH, CLOSSON, MCMILLAN &
SCHROEDER

By:   /s/ Clifford Hirsch
CLIFFORD HIRSCH
Attorneys for Plaintiff
ROCKLIN PARK PLACE
CONDOMINIUMS OWNERS
ASSOCIATION

**ORDER**

Based upon the above stipulation the hearing on plaintiff's motion for partial summary judgment is continued to March 11, 2013 at 9:00 a.m.  The parties' respective opposition and reply papers shall be filed per rule based upon the new hearing date.

**Date: 11/29/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge