**TIMOTHY J. RYAN – SBN 99542**
**REBEKKA R. MARTORANO – SBN 173600**
**THE RYAN LAW GROUP**
2379 Gateway Oaks Drive, Ste. 100
Sacramento, California 95833
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant
LIBERTY INSURANCE UNDERWRITERS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKLIN PARK PLACE CONDOMINIUMS OWNERS ASSOCIATION,<br><br>           Plaintiff,<br>v.<br><br>LIBERTY INSURANCE UNDERWRITERS, INC.,<br><br>           Defendant. | Case No.: 2:12-CV-02247-GEB-GGH<br><br>**STIPULATION AND ORDER THEREON CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

### STIPULATION AND ORDER

WHEREAS, Plaintiff Rocklin Park Place Condominiums Owners Association ("Rocklin") has filed a Motion For Partial Summary Judgment (the "Motion") presently noticed for hearing in this Court for March 11, 2013 at 9:00 am.

WHERAS, a settlement conference was conducted in the related matter of <u>Wells Fargo v. Holmes</u>, Placer County Superior Court Case No. SCV0029768, on January 18, 2013, which, if successful, would have likely led to the resolution of the current matter. After hours of negotiation the parties reached a settlement, however, counsel for Wells Fargo then withdrew its consent for the settlement. Attached hereto as Exhibit A are minutes from the settlement

conference prepared by the Judge Pro Tem, including a recommendation to issue an Order to Show Cause to Wells Fargo and to consider an award of sanctions.

WHEREAS, Rocklin and Defendant Liberty Insurance Underwriters, Inc. ("Liberty") submit that with some additional time, the Wells Fargo matter is likely to be resolved. That case is currently set to be tried on February 1, 2013.

WHEREAS, Rocklin and Liberty desire that the Court continue the hearing to May 6, 2013, a date the parties are informed is available on the Court's schedule.

WHEREAS, Rocklin and Liberty desire that the due dates for Liberty's opposition and Rocklin's reply papers be per rule based upon the new hearing date.

WHEREAS, Rocklin and Liberty further desire that the Court continue the Status (Pretrial Scheduling) Conference currently set for February 11, 2013 at 9:00 am to May 6, 2013 also, or to another date convenient for the Court.

**IT IS SO STIPULATED.**

Dated:   January 28, 2013					THE RYAN LAW GROUP


						By:     /s/ Timothy J. Ryan			
						TIMOTHY J. RYAN
						Attorneys for Defendant
						LIBERTY INSURANCE
						UNDERWRITERS, INC.


Dated:   January 28, 2013					HIRSCH, CLOSSON, MCMILLAN &
							SCHROEDER


						By:     /s/ Clifford Hirsch			
						CLIFFORD HIRSCH
						Attorneys for Plaintiff
						ROCKLIN PARK PLACE
						CONDOMINIUMS OWNERS
						ASSOCIATION

///

///

///

STIPULATION AND ORDER THEREON CONTINUING HEARING ON					-2-
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# ORDER

Based upon the above stipulation the hearing on plaintiff's motion for partial summary judgment is continued to May 6, 2013 at 9:00 a.m. The parties' respective opposition and reply papers shall be filed per rule based upon the new hearing date. The Status (Pretrial Scheduling) Conference currently set February 11, 2013 is continued to July 8, 2013, at 9:00 a.m. The due dates for the parties' Rule 26 disclosures shall be calculated based upon the new Status Conference date. A joint status report shall be filed fourteen days prior to the hearing.

**Date: 1/28/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge